IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 13-4912 |
| ) | |
| GREGORY DEPTUCH, ) | |
| Defendant ) | |

**MOTION FOR TWENTY-DAY EXTENSION OF TIME
TO FILE COUNSEL STATUS FORM**

NOW COMES Gregory Deptuch, by and through the undersigned, and moves this Court to extend the time for filing his counsel status form for twenty days, to and including 10 April 2014. In support of this motion, Mr. Deptuch shows the following:

1. This case is an appeal from the imposition of a sentence of 108 along with post-release conditions that include registering as a sex offender. Defendant timely gave notice of appeal. He has asked the undersigned to consider representing him in his appeal.

2. The undersigned has obtained a copy of the sentencing transcript and some of the materials from the district court file. He has not had an adequate opportunity to review them so that he can advise Mr. Deptuch about the appeal and make

financial arrangements for the representation. Given his other litigation responsibilities, including a brief due in this Court, the undersigned needs an additional twenty days to complete his review, to advise Mr. Deptuch, and to have Mr. Deptuch make arrangements for counsel.

3. The interests of justice will best be served by extending the time for filing the counsel status form for twenty days, to 10 April 2014. This extension of time will not delay this Court's orderly disposition of this appeal.

WHEREFORE, Gregory Deptuch respectfully requests that this Court extend the time for filing his counsel status form until 10 April 2014.

RESPECTFULLY submitted this the 20th day of March, 2014.

                                              s/ M. Gordon Widenhouse, Jr.
M. Gordon Widenhouse, Jr.
Rudolf Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
(919) 967-4900
mgwidenhouse@RWF-law.com

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 20th day of March, 2014 I caused this Motion for Twenty-Day Extension of Time to File Counsel Status Form to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Amy E. Ray
Assistant United States Attorney

                                                          s/ M. Gordon Widenhouse, Jr.
                                                          M. Gordon Widenhouse, Jr.